# Exhibit

# 1











