# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-258-364

**Effective Date of Registration:**
July 05, 2016

---

### Title

**Title of Work:** Removed
**Volume:** 1
**Date on Copies:** February 2015

**Series Title:** Removed

### Completion/Publication

**Year of Completion:** 2015

### Author

- **Author:** Eric Allen Pickersgill
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Eric Allen Pickersgill
609 Pecan Ave, Charlotte, NC, 28204, United States

### Rights and Permissions

**Name:** Eric Allen Pickersgill
**Email:** ericpickersgill@gmail.com
**Telephone:** (704)806-0863
**Address:** 609 Pecan Ave
Charlotte, NC 28204 United States

### Certification

**Name:** Eric Pickersgill
**Date:** July 05, 2016

Page 1 of 2



**Copyright Office notes:** Basis for Registration: Unpublished collection

"0000VAU0001258364 0202"