# Exhibit 3

Case 1:22-cv-01037-CMA-NRN  Document 1-3  Filed 04/28/22  USDC Colorado  Page 2 of 11



4/28/2021  Photographer Eric Pickersgill's Series 'Removed' Shows Us How Our Devices Divide Us - The Denver EgotistThe Denver Egotist

Case 1:22-cv-01037-CMA-NRN   Document 1-3   Filed 04/28/22   USDC Colorado   Page 3 of 11

# The Denver Egotist

ATTEMPTING TO HELP DENVER SUCK LESS, DAILY

GRATIS ONLINE EDITION

Recent    Popular    Local    International    Editorial    Member Work    Category

# PHOTOGRAPHER ERIC PICKERSGILL'S SERIES 'REMOVED' SHOWS US HOW OUR DEVICES DIVIDE US

0



By The Denver Egotist / September 26, 2019 /

Artist Pickergill's photography series, Removed, went viral and touched a collectively universal nerve. He makes visible what so many have tried to explain about the ways personal devices alter human behavior, helping us relearn how to be truly connected in our device-dominated age.

FOLLOW US:

SUBMIT WORK & NEWS    ADVERTISE WITH US

## Editorials

### LOSING $30K IN 30 HOURS – RESPONDING TO COVID-19 AS A CREATIVE ENTREPRENEUR: BY ADAM VICAREL

by *The Denver Egotist* / April 7, 2020

### IT'S 2019. ARE WE FALLING BACK INTO GENDER CLICHÉS? LET'S KEEP MOVING FORWARD, IN COMEDY AND ADVERTISING

by *The Denver Egotist* / February 26, 2019

### THE CASE FOR SLOW DESIGN: MAKE ART, NOT PRODUCTS – BY JESSE WEAVER

by *The Denver Egotist* / January 11, 2019

## Recent Jobs

### MEDIA ASSISTANT
**Explore Communications** / Denver

### DIGITAL MEDIA COORDINATOR
**Explore Communications** / Denver

### PROGRAM MANAGER
**Anthem Branding** / Boulder, CO

### SUMMER INTERNSHIP (AD & WRITER)
**Made** / Boulder, Colorado

### WEB & GRAPHICS DESIGNER
**Denver Zoo** / Denver

## Recent Comments

*Hilda* / British Artist Spent the Last Month in Boulder Casting Women's Vaginas
Disgusting. Typical Irish trash. …[Read More]

*Jay* / Boulder's Fortnight Collective Adds Adam Chasnow as Partner/Chief Creative Officer
To this day, his Hollywood Video radio spots from his time at Cliff Freeman make me laugh every time I hear them. …[Read More]

*yikes* / Boulder's Fortnight Collective Adds Adam Chasnow as Partner/Chief Creative Officer
Wow, this guy has, uh, a reputation... …[Read More]

*Geelix* / The Tuesday Rant: Advertising Awards; Self-serving or What?
No one can go. You all hide behind your computer; why don't you handle it with the appropriate person for your own matters...if you have a pro …[Read More]

*Chris H* / The Tuesday Rant: Advertising Awards; Self-serving or What?
I have a list of naughty and nice who can attend and who will burn. …[Read More]

## Featured Profiles

C'MON





Now is your chance to be featured across the site.

## Upcoming Events


FIRESIDE CHAT #3: THE MAGIC OF THE DYNAMIC DUO
*April 30, 2021*


DIGIMARCON WEST 2021 – DIGITAL MARKETING, MEDIA AND ADVERTISING CONFERENCE & EXHIBITION
*June 16, 2021*

## Latest Member Updates














Category: Photography  International

## Comments

**Leave a Reply**

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

**POST COMMENT**

---

### IF YOU HAVE COLORADO ADVERTISING OR DESIGN NEWS, LET US KNOW.

Submit News & Work

### egotistnetwork

dlvr.it/QPzqRk pic.twitter.com/XsJrhSCgrF

About 3 years ago · The Egotist Network's Twitter · dlvr.it

### About
About the Colorado Egotist
Frequently Asked Questions
Privacy Policy
Terms & Conditions

### Become a Member
Sign Up Today

### Upcoming Events
See & Submit Events

### Contact
FOLLOW US:
General Inquiries
Licensing Opportunities
Advertising Inquiries
Submit News, Work, Talent
Submit Events











