# Exhibit

# 4



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

September 13, 2021

**VIA EMAIL:  the@denveregotist.com**
Mr. Shawn Miller
The Egotist, LLC dba The Denver Egotist
2 Central Street #13
Ipswich, MA 01938

Re:   **Pickersgill v. The Egotist, LLC dba The Denver Egotist**
      **Our File: 00652-0009**

Dear Mr. Miller,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your first
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Eric Pickersgill, a photographer, for purposes of
resolving a case of copyright infringement against you by our client.  This demand is
privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of
insurance that may cover this claim.

*Eric Pickersgill ("Pickersgill")*
Our client is an experienced professional photographer who makes a living from
photography.  Eric Pickersgill is a full-time artist, husband, and father working in North
Carolina. He received a Master of Fine Arts degree at The University of North Carolina
at Chapel Hill in 2015. He was born in Homestead, Florida in 1986 and spent his teenage
years in Charlotte, North Carolina. Eric received a Bachelor of Fine Arts degree with a
concentration in Fine Art Photography from Columbia College Chicago in 2011.

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard | 12 Powder Springs St. | 21301 Powerline Rd | 818 18th Ave. S. | 125 Maiden Lane |
| Suite 350 | Suite 200 | Suite 100 | 10th Floor | Suite 5C |
| Beverly Hills, CA 90211 | Marietta, GA 30064 | Boca Raton, FL 33433 | Nashville, TN 37203 | New York, NY 10038 |

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mr. Shawn Miller
The Egotist, LLC dba The Denver Egotist
September 13, 2021
Page 2

Between 2011 and 2013 Eric taught high school in Charlotte, NC via Teach for America. His passion for teaching and image making allows him to see the connections that the two share. The work Eric makes is often about photography as he explores the psychological and social effects that cameras and their artifacts have on individuals and societies. Eric has exhibited and presented his work internationally at institutions, galleries, and art fairs such as The North Carolina Museum of Art, Pantheon-Sorbonne University, The Ackland Art Museum, Rick Wester Fine Art, Pulse Art Fair Miami, AIPAD, and many more.

Pickersgill retains all copyrights to his photographs.  Pickersgill licenses his copyrighted Works, such as the ones in this case, for commercial use.

Pickersgill created the images, hereinafter referred to as the "Works."

One of the Works at issue is shown below, the others are attached.



Pickersgill registered the Works with the Register of Copyrights on July 5, 2016 and was assigned the registration numbers VAu 1-258-364, copies of which are enclosed.

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Shawn Miller
The Egotist, LLC dba The Denver Egotist
September 13, 2021
Page 3

*Infringement by The Egotist, LLC dba The Denver Egotist ("Egotist")*
We have enclosed contemporaneous evidence of the infringement by Egotist.   You have
employed our client's Works in at least the manner indicated in the evidence attached.
You are fully aware that the Works you used are our client's Works.  No one from your
company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission,
license or consent.  The use of a creator's photographic image without written consent or
license violates the United States Code, Title 17, and The Copyright Act.  The Copyright
Act provides for entry of an injunction directing removal of the offending materials
pending litigation.  This letter shall serve as formal notice that you immediately cease
and desist all unauthorized uses of our client's Works.  Any such further uses shall be at
your peril.

If you possess a contract, license, agreement or writing on which you will rely for
authorization of your use of our client's Works, please provide us with this evidence so
we may avoid further controversy or litigation.  Otherwise, we will be forced to assume
that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Pickersgill when
a work is infringed or altered.  Section 504 permits Pickersgill to recover actual damages
plus "any additional profits of the infringer that are attributable to the infringement and
are not taken into account in computing the actual damages," or statutory damages of
up to $150,000 per work infringed if the registration predated the infringement.
Pickersgill can present both damages theories to the jury and select the higher award
any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more
effectively market and advertise products and drive sales.  Pickersgill's photographs are
of the highest quality.  Pickersgill's photographs are also scarce since he is one of the
only sources of such quality photographs.

Pickersgill's damages are not limited to what he would have agreed to license the Works
for prior to the infringement.  Rather, Pickersgill's actual damages will be measured by
the fair market value of the photograph considering Egotist's use to sell and promote its
business.  Pickersgill's actual damages must be measured in light of Egotist's use of
Pickersgill's high quality and unique Works.

CALIFORNIA
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mr. Shawn Miller
The Egotist, LLC dba The Denver Egotist
September 13, 2021
Page 4

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, Pickersgill can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Pickersgill to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Pickersgill will also be entitled to Egotist's profits from the infringement, based upon the revenue Egotist earned in connection with the use of Pickersgill's Works.

Alternatively, Pickersgill could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that  Egotist's infringement was willful.  If Egotist's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1.    the full nature and extent of the use of our client's Works, in any and all formats;

2.    representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3.    the source of the Works.

Upon receipt of this information, we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by September 27, 2021, we will take further steps to protect our client's rights.  We look forward to your prompt response.

Sincerely,

CALIFORNIA
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Shawn Miller
The Egotist, LLC dba The Denver Egotist
September 13, 2021
Page 5


**SRIPLAW**


Joel B. Rothman


JBR/lmd
Enclosures

**CALIFORNIA**

8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**

12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**

21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

**TENNESSEE**

818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-258-364**

**Effective Date of Registration:**
July 05, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Removed<br>**Volume**: 1<br>**Date on Copies**: February 2015 |
| **Series Title:** | Removed |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |

## Author

| | |
|---|---|
| • **Author:** | Eric Allen Pickersgill |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Eric Allen Pickersgill<br>609 Pecan Ave, Charlotte, NC, 28204, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Eric Allen Pickersgill |
| **Email:** | ericpickersgill@gmail.com |
| **Telephone:** | (704)806-0863 |
| **Address:** | 609 Pecan Ave<br>Charlotte, NC 28204 United States |

## Certification

| | |
|---|---|
| **Name:** | Eric Pickersgill |
| **Date:** | July 05, 2016 |

Page 1 of 2

**Copyright Office notes:**   Basis for Registration: Unpublished collection



4/28/2021

Photographer Eric Pickersgill's Series 'Removed' Shows Us How Our Devices Divide Us - The Denver EgotistThe Denver Egotist

ATTEMPTING TO HELP DENVER
SUCK LESS, DAILY

# The Denver Egotist

GRATIS
ONLINE EDITION

Recent     Popular     Local     International     Editorial     Member Work     Category

FOLLOW US:

## PHOTOGRAPHER ERIC PICKERSGILL'S SERIES 'REMOVED' SHOWS US HOW OUR DEVICES DIVIDE US

SUBMIT WORK & NEWS    ADVERTISE WITH US

0

### Editorials

**LOSING $30K IN 30 HOURS – RESPONDING TO COVID-19 AS A CREATIVE ENTREPRENEUR: BY ADAM VICAREL**

by *The Denver Egotist* / April 7, 2020

**IT'S 2019. ARE WE FALLING BACK INTO GENDER CLICHÉS? LET'S KEEP MOVING FORWARD, IN COMEDY AND ADVERTISING**

by *The Denver Egotist* / February 26, 2019

**THE CASE FOR SLOW DESIGN: MAKE ART, NOT PRODUCTS – BY JESSE WEAVER**

by *The Denver Egotist* / January 11, 2019

### Recent Jobs

**MEDIA ASSISTANT**

**Explore Communications** / Denver

**DIGITAL MEDIA COORDINATOR**

**Explore Communications** / Denver

**PROGRAM MANAGER**

**Anthem Branding** / Boulder, CO

**SUMMER INTERNSHIP (AD & WRITER)**

**Made** / Boulder, Colorado

**WEB & GRAPHICS DESIGNER**

**Denver Zoo** / Denver



By The Denver Egotist / September 26, 2019 /

Artist Pickergill's photography series, Removed, went viral and touched a collectively universal nerve. He makes visible what so many have tried to explain about the ways personal devices alter human behavior, helping us relearn how to be truly connected in our device-dominated age.



### Recent Comments

*Hilda / British Artist Spent the Last Month in Boulder Casting Women's Vaginas*
Disgusting. Typical Irish trash. …[Read More]

*Jay / Boulder's Fortnight Collective Adds Adam Chasnow as Partner/Chief Creative Officer*
To this day, his Hollywood Video radio spots from his time at Cliff Freeman make me laugh every time I hear them. …[Read More]

*yikes / Boulder's Fortnight Collective Adds Adam Chasnow as Partner/Chief Creative Officer*
Wow, this guy has, uh, a reputation... …[Read More]

*Geelix / The Tuesday Rant: Advertising Awards; Self-serving or What?*
No one can go. You all hide behind your computer; why don't you handle it with the appropriate person for your own matters…if you have a pro …[Read More]

*Chris H / The Tuesday Rant: Advertising Awards; Self-serving or What?*
I have a list of naughty and nice who can attend and who will burn. …[Read More]

### Featured Profiles

C'MON

4/28/2021

Case 1:22-cv-01037-CMA-NRN   Document 1-4   Filed 04/28/22   USDC Colorado   Page 17 of 24

Photographer Eric Pickersgill's Series 'Removed' Shows Us How Our Devices Divide Us – The Denver EgotistThe Denver Egotist





Now is your chance to be featured across the site.

## Upcoming Events



FIRESIDE CHAT #3: THE MAGIC OF THE DYNAMIC DUO

*April 30, 2021*



DIGIMARCON WEST 2021 – DIGITAL MARKETING, MEDIA AND ADVERTISING CONFERENCE & EXHIBITION

*June 16, 2021*

## Latest Member Updates

 

 

 







Category: Photography International

## Comments

**Leave a Reply**

Your email address will not be published. Required fields are marked *

**Comment**

**Name** *

**Email** *

**Website**

☐ **Save my name, email, and website in this browser for the next time I comment.**

POST COMMENT

## IF YOU HAVE COLORADO ADVERTISING OR DESIGN NEWS, LET US KNOW.

Submit News & Work

egotistnetwork

dlvr.it/QPzqRkpic.twitter.com/Xs.IrhSC grF

About 3 years ago     The Egotist Network's Twitter     dlvr.it

### About

About the Colorado Egotist
Frequently Asked Questions
Privacy Policy
Terms & Conditions

### Become a Member

Sign Up Today

### Upcoming Events

See & Submit Events

### Contact

FOLLOW US:

General Inquiries
Licensing Opportunities
Advertising Inquiries
Submit News, Work, Talent
Submit Events











