## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

### CASE NO.:  1:22-cv-01037

ERIC PICKERSGILL,

    Plaintiff,

v.

THE EGOTIST, LLC DBA THE DENVER EGOTIST,

    Defendant.

### CERTIFICATE OF INTERESTED PERSONS
### AND
### CORPORATE DISCLOSURE STATEMENT

Plaintiff ERIC PICKERSGILL ("Pickersgill"), by and through his undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| **Eric Pickersgill** | **Plaintiff** |
| **Joel B. Rothman** | **Plaintiff's Counsel** |
| **Jonah A. Grossbardt** | **Plaintiff's Counsel** |
| **Matthew Laurence Rollin** | **Plaintiff's Counsel** |
| **SRIPLAW, P.A.** | **Plaintiff's Counsel** |
| **William S. Wenzel** | **Plaintiff's Counsel** |
| **Red Road Legal, P.C.** | **Plaintiff's Counsel** |
| **The Egotist, LLC dba The Denver Egotist** | **Defendant** |

**Pickersgill states that he is an individual and not a corporation.**

### SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**Pickersgill further states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2.  The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Eric Pickersgill.**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  April 28, 2022                                   Respectfully submitted,

                                                         */s/ Matthew L. Rollin*
                                                         JONAH A. GROSSBARDT
                                                         jonah.grossbardt@sriplaw.com
                                                         MATTHEW L. ROLLIN
                                                         matthew.rollin@sriplaw.com

                                                         **SRIPLAW, P.A.**
                                                         8730 Wilshire Boulevard
                                                         Suite 350

Beverly Hills, CA  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
wsw@wswlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237
888.443.5485 – Telephone

*Counsel for Plaintiff Eric Pickersgill*