| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Matthew Rollin SBN 332631<br>SRIPLAW<br>21301 Powerline Rd Ste 100 100<br>Boca Raton, FL 33433<br>ATTORNEY FOR  Plaintiff | (561) 404-4350 | |
| COLORADO DISTRICT, DENVER<br>Alfred A. Arraj US Courthouse, 901 19th Street<br>Denver, CO 80294 | | |
| SHORT TITLE OF CASE:<br>Pickersgill, Eric v. The Egotist, LLC dba The Denver Egotist | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>1:22-cv-01037-LTB (Pickersgill v. Egotist) |
| | Declaration of Service | Ref. No. or File No:<br>00652-0009 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**

On: **The Egotist, LLC dba The Denver Egotist**

I served the summons at:

**600 N Grant St, 201  Denver, CO 80203**

On: **5/4/2022**        Time: **01:54 PM**

In the above mentioned action  by personally serving to and leaving with
**Jim Spoja, Attorney - The Spoja Law Firm, P.C., Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Melissa Brookstone**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **136.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*Melissa Brookstone*        Date: **05/06/2022**

Declaration of Service        Invoice #: 5855924