IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-01037-CNS-NRN

ERIC PICKERSGILL,

    Plaintiff,

v.

THE EGOTIST, LLC, d/b/a The Denver Egotist,

    Defendant.

## ORDER

    Before the Court is the Report and Recommendation on Defendant's Motion to Dismiss by Magistrate Judge Neureiter issued on September 14, 2022. (ECF Nos. 19, 40). For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

    The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Judge Neureiter's Recommendation.

    Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. When a magistrate judge submits a recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's

failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the Court is "accorded considerable discretion" and "may review a magistrate's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings and the Recommendation, the Court concludes that Judge Neureiter's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Judge Neureiter's Recommendation (ECF No. 40) as an order of this Court. Defendant's motion to dismiss (ECF No. 19) is DENIED.

DATED this 17th day of October 2022.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge