IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01037-CMA-NRN

ERIC PICKERSGILL,

Plaintiff,

v.

THE EGOTIST, LLC dba THE DENVER EGOTIST,

Defendant.

---

UNOPPOSED MOTION FOR PROTECTIVE ORDER

---

Defendant The Egotist, LLC ("Defendant") hereby moves pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for entry of a Stipulated Protective Order tendered herewith.

During the course of this litigation, it is expected that the parties will seek from each other proprietary confidential information that is not publicly known and which the producing party would not normally reveal to third parties or, if disclosed, would require such third parties to maintain in confidence including, for example, confidential financial information and business relationship information. In order to protect the confidentiality of such information and to facilitate the prosecution of this case, the parties have agreed to the terms of the Stipulated Protective Order ("Order") submitted herewith.

Counsel for Plaintiff has stipulated to the terms of the protective order, so this motion for entry of said protective order is unopposed under D.C.COLO.L.CivR 7.1(b).

The Court is requested to enter the proposed Stipulated Protective Order.

Date: November 29, 2022

*s/ James Juo*

James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd., #100
Louisville, CO 80027
Telephone: (303) 665-9845
jjuo@*thowardlaw.com*

*Counsel for Defendant*