IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01037-CNS-NRN

ERIC PICKERSGILL,

Plaintiff,

v.

THE EGOTIST, LLC dba THE DENVER EGOTIST,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant's Unopposed Motion for Protective Order (Dkt. #44) is GRANTED. The proposed Stipulated Protective Order (Dkt. #44-1) is APPROVED and made an Order of Court.

Date: November 30, 2022